**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-30152 |
| | § | |
| GREGORY K MITCHELL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $3,958.09 |
| Total Distributions to Claimants: | $4,246.55 | Claims Discharged Without Payment: | $305,647.14 |
| Total Expenses of Administration: | $1,390.36 | | |

3) Total gross receipts of $8,397.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,760.09 (see **Exhibit 2),** yielded net receipts of $5,636.91 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,390.36 | $1,390.36 | $1,390.36 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $3,500.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $306,417.39 | $65,743.77 | $35,435.94 | $4,246.55 |
| **Total Disbursements** | $309,917.39 | $67,134.13 | $36,826.30 | $5,636.91 |

   4).   This case was originally filed under chapter 7 on 09/02/2015.  The case was pending for 15 months.

   5).   All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6).   An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 12/10/2016            By:   /s/ David P. Leibowitz
                                      Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Unscheduled 2015 Tax Refund | 1224-000 | $8,397.00 |
| **TOTAL GROSS RECEIPTS** | | $8,397.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| GREGORY MITCHELL | Exemptions | 8100-002 | $2,760.09 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $2,760.09 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $1,313.69 | $1,313.69 | $1,313.69 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $17.45 | $17.45 | $17.45 |
| Green Bank | 2600-000 | NA | $59.22 | $59.22 | $59.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,390.36 | $1,390.36 | $1,390.36 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Christine Cagney | 5800-000 | $3,500.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,500.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U.S. Department of Education | 7100-000 | $30,301.64 | $30,307.83 | $30,307.83 | $3,632.01 |
| 2 | U.S. Department of Education C/O Nelnet | 7100-000 | $0.00 | $30,307.83 | $0.00 | $0.00 |
| 3 | IQ Data International Inc | 7100-000 | $4,574.00 | $4,722.68 | $4,722.68 | $565.95 |
| 4 | American InfoSource LP as agent for | 7100-000 | $584.00 | $405.43 | $405.43 | $48.59 |
|  | Blitt & Gaines | 7100-000 | $93,343.19 | $0.00 | $0.00 | $0.00 |
|  | Citibank | 7100-000 | $6,438.00 | $0.00 | $0.00 | $0.00 |
|  | First Credit Services | 7100-000 | $237.00 | $0.00 | $0.00 | $0.00 |
|  | First Tennessee Bank | 7100-000 | $169,376.00 | $0.00 | $0.00 | $0.00 |
|  | Peoples Gas | 7100-000 | $72.00 | $0.00 | $0.00 | $0.00 |
|  | Rush University Medical Center | 7100-000 | $1,491.56 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $306,417.39 | $65,743.77 | $35,435.94 | $4,246.55 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1 Exhibit 8

| **Case No.:** | 15-30152 | **Trustee Name:** | David Leibowitz |
| **Case Name:** | MITCHELL, GREGORY K | **Date Filed (f) or Converted (c):** | 09/02/2015 (f) |
| **For the Period Ending:** | 12/10/2016 | **§341(a) Meeting Date:** | 10/19/2015 |
| | | **Claims Bar Date:** | 06/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Cash | $53.00 | $0.00 | | $0.00 | FA |
| 2  MB Financial | $45.00 | $0.00 | | $0.00 | FA |
| 3  5 rooms of furniture | $600.00 | $0.00 | | $0.00 | FA |
| 4  Clothes | $500.00 | $0.00 | | $0.00 | FA |
| 5  Unscheduled 2015 Tax Refund  (u) | $0.00 | $5,636.91 | | $8,397.00 | FA |
| **Asset Notes:** $2760.09 is Debtor's pro-rated portion returned to Debtor. | | | | | |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**

$1,198.00    $5,636.91    $8,397.00    $0.00

**Major Activities affecting case closing:**

06/30/2016  2016 Reporting Period:
Asset - intercepted 2015 tax refund.
Claims reviewed--claim 2 was withdrawn as duplicate.
Ready for tfr.

**Initial Projected Date Of Final Report (TFR):** 01/31/2017    **Current Projected Date Of Final Report (TFR):** 08/25/2016    /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-30152 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MITCHELL, GREGORY K | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6176 | Checking Acct #: | ******5201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Gregory K. Mitchell, Debtor |
| For Period Beginning: | 9/2/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/12/2016 | | United States Treasury | Unscheduled 2015 Federal Tax Refund | * | $8,397.00 | | $8,397.00 |
| | {5} | | Estate portion of unscheduled 2015 tax refund  $5,636.91 | 1224-000 | | | $8,397.00 |
| | {5} | | Debtor's pro-rated portion of income tax refund for 2015  $2,760.09 | 1224-002 | | | $8,397.00 |
| 02/26/2016 | 3001 | GREGORY MITCHELL | Debtor's pro-rated share of 2015 income tax refund | 8100-003 | | $2,760.09 | $5,636.91 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.11 | $5,630.80 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $13.54 | $5,617.26 |
| 04/26/2016 | 3001 | GREGORY MITCHELL | [Stop Payment - Debtor did not receive check] Debtor's pro-rated share of 2015 income tax refund | 8100-003 | | ($2,760.09) | $8,377.35 |
| 04/26/2016 | 3002 | GREGORY MITCHELL | [Re-issued] Debtor's pro-rated portion of 2015 tax refund | 8100-002 | | $2,760.09 | $5,617.26 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $13.08 | $5,604.18 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.75 | $5,595.43 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.73 | $5,586.70 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $9.01 | $5,577.69 |
| 11/07/2016 | 3003 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $1,313.69 | $4,264.00 |
| 11/07/2016 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $17.45 | $4,246.55 |
| 11/07/2016 | 3005 | U.S. Department of Education | Amount Claimed: 30,307.83;  Distribution Dividend: 11.98; Claim #: 1; Dividend: 65.11; Amount Allowed: 30,307.83; Notes: ; | 7100-000 | | $3,632.01 | $614.54 |
| 11/07/2016 | 3006 | IQ Data International Inc | Amount Claimed: 4,722.68;  Distribution Dividend: 11.98; Claim #: 3; Dividend: 10.14; Amount Allowed: 4,722.68; Notes: claim for rent on apartment lease; | 7100-000 | | $565.95 | $48.59 |
| 11/07/2016 | 3007 | American InfoSource LP as agent for | Amount Claimed: 405.43;  Distribution Dividend: 11.98; Claim #: 4; Dividend: 0.87; Amount Allowed: 405.43; Notes: ; | 7100-000 | | $48.59 | $0.00 |

|  |  | **SUBTOTALS** | $8,397.00 | $8,397.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-30152 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MITCHELL, GREGORY K | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6176 | Checking Acct #: | ******5201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Gregory K. Mitchell, Debtor |
| For Period Beginning: | 9/2/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $8,397.00 | $8,397.00 | $0.00 |
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | **Subtotal** | | $8,397.00 | $8,397.00 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $2,760.09 | |
|  |  |  | **Net** | | $8,397.00 | $5,636.91 | |

For the period of **9/2/2015** to **12/10/2016**

| | |
|---|---|
| Total Compensable Receipts: | $5,636.91 |
| Total Non-Compensable Receipts: | $2,760.09 |
| Total Comp/Non Comp Receipts: | $8,397.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,636.91 |
| Total Non-Compensable Disbursements: | $2,760.09 |
| Total Comp/Non Comp Disbursements: | $8,397.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **02/12/2016** to **12/10/2016**

| | |
|---|---|
| Total Compensable Receipts: | $5,636.91 |
| Total Non-Compensable Receipts: | $2,760.09 |
| Total Comp/Non Comp Receipts: | $8,397.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,636.91 |
| Total Non-Compensable Disbursements: | $2,760.09 |
| Total Comp/Non Comp Disbursements: | $8,397.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 15-30152 | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | MITCHELL, GREGORY K | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***6176 | | **Checking Acct #:** | ******5201 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Gregory K. Mitchell, Debtor |
| **For Period Beginning:** | 9/2/2015 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/10/2016 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $8,397.00 | $8,397.00 | $0.00 |

**For the period of 9/2/2015 to 12/10/2016**

| | |
|---|---|
| Total Compensable Receipts: | $5,636.91 |
| Total Non-Compensable Receipts: | $2,760.09 |
| Total Comp/Non Comp Receipts: | $8,397.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,636.91 |
| Total Non-Compensable Disbursements: | $2,760.09 |
| Total Comp/Non Comp Disbursements: | $8,397.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/02/2015 to 12/10/2016**

| | |
|---|---|
| Total Compensable Receipts: | $5,636.91 |
| Total Non-Compensable Receipts: | $2,760.09 |
| Total Comp/Non Comp Receipts: | $8,397.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,636.91 |
| Total Non-Compensable Disbursements: | $2,760.09 |
| Total Comp/Non Comp Disbursements: | $8,397.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ